## Maloney *v.* Cornbeef Company, Appellant.

Argued April 15, 1975. *Robert C. Little,* with him *Burns, Manley & Little,* for appellant; *Louis J. Grippo,* for appellee.

Judgment affirmed.

## Matusovich *v.* Warchol, Appellant.

Argued April 18, 1975. *Arthur M. Lebovitz,* for appellant; No appearance entered nor brief submitted for appellee.

OPINION PER CURIAM: The record is remanded to the court below for further hearing on appellant's petition.

JACOBS, PRICE and SPAETH, JJ., dissent.